THE STATE OF WASHINGTON, *Respondent*, v. PAUL
MICHAEL BRIDGEWATER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 84-1-00831-0, E. Albert Morrison, J., entered
September 18, 1984. *Affirmed* by unpublished opinion per

Williams, J. Pro Tem., concurred in by Pearson and Utter, JJ. Pro Tem.